### GREENWAY *v.* GREENWAY *et al.*

LUMPKIN, J. 1. From the meager statement of the contents of the record which was admitted in evidence over objection, it can not be held that this ruling was error. When taken in connection with the other evidence, the relevancy of the record thus admitted may be inferred.

2. The evidence was sufficient to support the verdict, and there was no error in overruling the motion for a new trial.

> *Judgment affirmed. All the Justices concur.*
> DECEMBER 18, 1915.

Claim. Before Judge Larsen. Johnson superior court. November 28, 1914.

*B. B. Blount* and *B. H. Moye,* for plaintiff in error.

*A. L. Hatcher* and *William Faircloth,* contra.